IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLTON PRATT,

    Plaintiff,

No. CIV. S-06-1369 PAN

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

ORDER

    Defendant.

_____/

    Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's request to proceed in forma pauperis is granted; and

    2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

    3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

1

1         4.  Within fifteen days from the date of this order, plaintiff shall submit to the
2  United States Marshal a completed summons and copies of the complaint and to file a statement
3  with the court that said documents have been submitted to the United States Marshal.
4         5.  The United States Marshal is directed to serve all process without prepayment
5  of costs not later than sixty days from the date of this order.  Service of process shall be
6  completed by delivering a copy of the summons and complaint to the United States Attorney for
7  the Eastern District of California, and by sending a copy of the summons and complaint by
8  registered or certified mail to the Attorney General of the United States at Washington, D.C.  See
9  Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and
10 complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of
11 General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD  21235.  See
12 Fed. R. Civ. P. 4(i)(2).
13 DATED:  July 21, 2006.

                                    /s/ [signature]
                                    UNITED STATES MAGISTRATE JUDGE

/13;pratt.ifp