IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLTON PRATT,

    Plaintiff,                              No. CIV S-06-1369 GGH

    vs.

MICHAEL J. ASTRUE,                       ORDER
Commissioner of Social Security,

    Defendant.
_____/

        Pursuant to stipulation of the parties, plaintiff's time to file an answer is extended to March 13, 2007.

        IT IS SO ORDERED.

DATED: 3/6/07                           /s/ Gregory G. Hollows
                                                  UNITED STATES MAGISTRATE JUDGE

pratt.ord