IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLTON PRATT,

      Plaintiff,                        No. CIV S-06-1369 GGH

      vs.

MICHAEL J. ASTRUE,              ORDER TO SHOW CAUSE
Commissioner of Social Security,

      Defendant.
_____/

      On October 15, 2007, plaintiff filed an application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Defendant's opposition or response to that motion was due by November 16, 2007. Defendant has failed to file an opposition or otherwise respond to the motion. Defendant shall show cause in writing within fifteen (15) days from the date of this order why sanctions should not issue for failure to file an opposition or statement of non-opposition in response to plaintiff's motion. Defendant shall also file any opposition or statement of non-opposition by that deadline. Failure to do so will be deemed a

\\\\\

\\\\\

\\\\\

\\\\\

1

1 | non-opposition to plaintiff's motion and may result in such sanctions as the court deems
2 | appropriate.
3 |      SO  ORDERED.
4 | DATED: 12/17/07                             /s/ Gregory G. Hollows
                                                  U.S. Mag. Judge
5 |
6 | pratt.osc